**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LLOYD'S SYNDICATE No. 1225,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN INSURANCE COMPANY and GREAT AMERICAN E & S INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:26-cv-9492 |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Lloyd's Syndicate No. 1225 states as follows:

1. Plaintiff Lloyd's Syndicate No. 1225 is an underwriting syndicate. For the relevant years of account, Lloyd's Syndicate No. 1225 has a single corporate member, AEGIS Electric & Gas International Services Limited, which is organized under the laws of England and Wales. AEGIS Electric & Gas International Services Limited has its principal place of business in London, England.

2. Associated Electric & Gas Insurance Services Limited ("AEGIS") is a Bermuda mutual insurance company that is owned by its policyholder members. AEGIS is the ultimate parent company of AEGIS Electric & Gas International Services Limited. No publicly traded company has more than a 10% ownership interest in AEGIS.

November 2, 2026

*/s/ Joseph K. Scully*
Joseph K. Scully (ID #JS0242)
Christopher A. Klimmek (ID #437489)
Day Pitney LLP
225 Asylum Street
Hartford, CT 06103
(860) 275-0100
jkscully@daypitney.com
cklimmek@daypitney.com

*Attorneys for Plaintiff Lloyd's Syndicate No. 1225*