AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Lloyd's Syndicate No. 1225
*Plaintiff*
v.
Great American Insurance Company and Great American E & S Insurance Company
*Defendant*

Case No. 1:26-CV-9492

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lloyd's Syndicate No. 1225 .

Date: 11/02/2026

/s/ Christopher A. Klimmek
*Attorney's signature*

Christopher A. Klimmek / SDNY Bar No. 437489
*Printed name and bar number*

DAY PITNEY LLP
225 Asylum Street
Hartford, CT 06103
*Address*

cklimmek@daypitney.com
*E-mail address*

(860) 275-0173
*Telephone number*

(860) 819-3284
*FAX number*